UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  No. 1:15-CV-01010-JDB-egb

AN EASEMENT AND RIGHT-OF-WAY
OVER 11.67 ACRES OF LAND,
MORE OR LESS, IN McNAIRY COUNTY,
TENNESSEE, and
ROBERT N. CHAMBERS,
SUE CHAMBERS, his wife,
Defendants.

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. §§ 3114-3118 (2012) (formerly codified as 40 U.S.C. §§ 258a-258e), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendants in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

It is so ORDERED the 28th day of January, 2015.

s/ J. DANIEL BREEN
J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE